**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1944**

ALEXANDER MOISES SAENZ-LAGOS,

     Petitioner,

  v.

ERIC H. HOLDER, JR., Attorney General,

     Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: April 19, 2012    Decided: April 26, 2012

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Hudaidah F. Bhimdi, FAYAD LAW P.C., Falls Church, Virginia, for Petitioner. Tony West, Assistant Attorney General, Ada E. Bosque, Senior Litigation Counsel, Jonathan Robbins, Trial Attorney, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Moises Saenz-Lagos, a native and citizen of Nicaragua, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen removal proceedings. We have reviewed the record and Saenz-Lagos's contentions on appeal and find no abuse of discretion in the denial of relief on his motion. See 8 C.F.R. § 1003.2(a), (c) (2012). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Saenz-Lagos (B.I.A. Aug. 5, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED